No. 4891.—Gay Lopez, aplte., v. Valiente & Co., aplda.— C. D. San Juan. ▮ Feb. 13, 1929. Vista la moción que antecede sobre desestimación de la presente apelación; apareciendo que algunas de las prórrogas para la preparación de la transcripción de la evidencia fueron solicitadas y concedidas fuera de término, que el apelante ha dejado de cumplir con una orden dictada por la corte de distrito sobre depósito de dinero para cubrir los honorarios del taquígrafo, y que el apelante ha dejado asimismo de radicar en la secretaría de este tribunal la transcripción de autos dentro del período prescrito, se declara con lugar dicha moción y en su consecuencia se desestima el recurso de apelación interpuesto contra la sentencia que dictó

la Corte de Distrito de San Juan con fecha 15 de agosto de 1928, en el caso arriba titulado.